STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Joel R. Lopez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL R. LOPEZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 5:20-cv-01227-SHK<br><br>[PROPOSED] ORDER |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: July 27, 2021

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-